**EXHIBIT A**

*Nassau County*
*Office of the Executive*

# Citation

**WHEREAS,** the County of Nassau is proud to recognize those outstanding individuals, institutes and programs which render significant contributions for the enhancement of our region and the betterment of our residents; and

**WHEREAS,** Mr. Vincent Fyfe, President of the Liquor Salesmen Union – Local #2D, is such an individual; and

**WHEREAS,** you, Vincent Fyfe, have worked diligently on behalf of causes and ideals which uphold the principles of human decency and brotherhood, and through the years, you have demonstrated a selfless commitment to the community that warrants attention and gratitude; and

**WHEREAS,** the County of Nassau is proud to extend this commendation to you as you are honored as Boys' Towns of Italy, Inc. as the recipient of the 2010 Nassau-Suffolk "Man of the Year Award";

**NOW, THEREFORE, I,** *Edward P. Mangano,* **Nassau County Executive,** on this 14th day of September 2010, do hereby present this citation to:

## Mr. Vincent Fyfe

on the occasion of Boys' Towns of Italy's Annual Dinner, and in fitting recognition and heartfelt appreciation of the dedicated and exemplary service that you have provided for the benefit of our residents.

Edward P. Mangano
County Executive



## MAN OF THE YEAR AWARD

PRESENTED WITH ESTEEM TO

### VINCENT FYFE

PRESIDENT UFCW LOCAL 2D

FOR YOUR OUTSTANDING LEADERSHIP,
FRIENDSHIP AND DEDICATION TO
OUR ASSOCIATION AND INDUSTRY
YOU ARE AN INSPIRATION TO ALL OF US

FRANK MAURIO, PRESIDENT

JUNE 18, 2007



Presented To

# UFCW LOCAL 2D
# VINCENT FYFE

With Great Recognition
And Appreciation For Your
Generous Support At The
1st Annual "Tee Up For A Cure"
Charity Golf Outing

September 16, 2013



LONG ISLAND WINE & LIQUOR
SALESMAN CLUB

FOR
THE BENEFIT
OF
THE AHRC FOUNDATION

JUNE 7th, 2012

HONORS
MAN OF THE YEAR
VINCENT FYFE

PRESIDENT
LOCAL UNION 2D – UFCW