# Vincent Fyfe

### *President, UFCW Local 2D*

Vincent began his career in both the labor movement, and wine and spirits industry, when he was hired in January 1995 by UFCW Local 1D and Local 2D, representing warehouse, clerical and salespersons respectively, in the WIne and Spirits Industry. Since he has taken office he has strived to continue Local 2D's tradition of working to secure the most premium working conditions and benefits for its membership, through the collective bargaining and administration of Local 2D's contracts with its various Employers. Local 2D represents over one thousand salespeople with membership in both Metropolitan and Upstate New York, New Jersey and Connecticut. Vincent resides in Monroe, New Jersey with his wife, Nicole, and their two children, five year old daughter Taylor, and 3 year old son, Vincent.

**Vincent Fyfe**
*President*
**UFCW Local 2D**

DEAR VIN,

I CAN'T TELL YOU HOW IMPRESSED I WAS YESTERDAY AND LAST NIGHT. NOT ONLY WITH YOUR SPEECH, BUT ALSO HEARING ALL THE COMPLIMENTS ALL DAY FROM YOUR ASSOCIATES. IT'S OBVIOUS YOU LOVE WHAT YOU DO AND THAT YOU DO IT VERY WELL. YOUR MEMBERS ARE VERY LUCKY TO HAVE A PRESIDENT THAT TRULY DOES CARE ABOUT THIER WELFARE. AS A LONG SUFFERING MEMBER OF THE ILA FOR 35 YEARS I ONLY WISH WE HAD HALF THE GENUINE LEADERSHIP THAT YOU PROVIDE FOR YOUR PEOPLE. AGAIN, CONGRATULATIONS, KEEP UP THE GOOD WORK AND I PRAY THAT YOUR SON CAN MAKE YOU AS PROUD OF HIM AS I AM OF YOU. YESTERDAY WAS THE BEST FATHERS DAY GIFT A MAN COULD ASK FOR. IT'S HARD TO DESCRIBE THE FEELING OF PRIDE I HAVE IN YOU. IT'S JUST A FEELING THAT IS AWESOME!!

GOD BLESS YOU,

LOVE DAD

michael's cause
Presented To
Vincent Fyfe
UFCW Local 2-D President
With Great Recognition
And Appreciation
For Your Support Of
Michael's Cause
"Somewhere Over
The Rainbow"
4th Annual
Dinner Dance
March 21, 2015

michael's cause
With Great Recognition And
Appreciation For Your Continued
Support Of Michael's Cause At The
Tee Up For A Cure Golf Outing
April 2018