



**From:** jrgesq@earthlink.net,
**To:** vfnyg@aol.com,
**Cc:** nytriallawyer@aol.com,
**Subject:** Re: Awards ...
**Date:** Sat, Nov 14, 2020 7:49 pm

Very impressive.
Not now, but on Monday, let us know the status of the medicals.
We will see then what we may need for updates or not.
Enjoy the rest of the weekend...
Jg

-----Original Message-----
>From: Vincent Fyfe
>Sent: Nov 14, 2020 4:25 PM
>To: nytriallawyer@aol.com
>Cc: jrgesq@earthlink.net
>Subject: Awards

**From:** vfnyg@aol.com,
**To:** jrgesq@earthlink.net,
**Cc:** nytriallawyer@aol.com,
**Subject:** Re: Awards ...
**Date:** Sat, Nov 14, 2020 7:56 pm

Ty
Will do we can get a letter from my oncologist. My let scan is Friday

Best Regards & Good Health

Vincent Fyfe
(917)-696-1722

On Nov 14, 2020, at 7:49 PM, Joseph <jrgesq@earthlink.net> wrote:

Very impressive.
Not now, but on Monday, let us know the status of the medicals.
We will see then what we may need for updates or not.
Enjoy the rest of the weekend...
Jg

-----Original Message-----
>From: Vincent Fyfe
>Sent: Nov 14, 2020 4:25 PM
>To: nytriallawyer@aol.com
>Cc: jrgesq@earthlink.net
>Subject: Awards

**From:** vfnyg@aol.com,
**To:** jrgesq@earthlink.net,
**Cc:** nytriallawyer@aol.com,
**Subject:** Re: Awards ...
**Date:** Sat, Nov 14, 2020 8:16 pm

The father of Michaels cause charity is an nypd intelligence seargent. Do we need a letter from him?

Best Regards & Good Health

Vincent Fyfe
(917)-696-1722

> On Nov 14, 2020, at 7:56 PM, Vincent Fyfe <vfnyg@aol.com> wrote:
>
> Ty
> Will do we can get a letter from my oncologist. My let scan is Friday
>
> Best Regards & Good Health
>
> Vincent Fyfe
> (917)-696-1722
>
>> On Nov 14, 2020, at 7:49 PM, Joseph <jrgesq@earthlink.net> wrote:
>>
>> Very impressive.
>> Not now, but on Monday, let us know the status of the medicals.
>> We will see then what we may need for updates or not.
>> Enjoy the rest of the weekend...
>> Jg
>>
>> -----Original Message-----
>> >From: Vincent Fyfe
>> >Sent: Nov 14, 2020 4:25 PM
>> >To: nytriallawyer@aol.com
>> >Cc: jrgesq@earthlink.net
>> >Subject: Awards

**From:** vfnyg@aol.com,
**To:** jrgesq@earthlink.net,
**Cc:** nytriallawyer@aol.com,
**Subject:** Re: Awards ...
**Date:** Sun, Nov 15, 2020 10:23 am

Did we hear if government will not oppose the request for waiver?

Best Regards & Good Health

Vincent Fyfe
(917)-696-1722

> On Nov 14, 2020, at 8:16 PM, Vincent Fyfe <vfnyg@aol.com> wrote:
>
> The father of Michaels cause charity is an nypd intelligence seargent. Do we need a letter from him?
>
> Best Regards & Good Health
>
> Vincent Fyfe
> (917)-696-1722
>
>> On Nov 14, 2020, at 7:56 PM, Vincent Fyfe <vfnyg@aol.com> wrote:
>>
>> Ty
>> Will do we can get a letter from my oncologist. My let scan is Friday
>>
>> Best Regards & Good Health
>>
>> Vincent Fyfe
>> (917)-696-1722
>>
>>> On Nov 14, 2020, at 7:49 PM, Joseph <jrgesq@earthlink.net> wrote:
>>>
>>> Very impressive.
>>> Not now, but on Monday, let us know the status of the medicals.
>>> We will see then what we may need for updates or not.
>>> Enjoy the rest of the weekend...