**EXHIBIT B**

United States Courthouse
500 Pearl Street
New York, New York 1007-1312
December 18, 2020

To the Honorable Jed. S Rakoff:

Respectfully, I wanted to take a brief moment to share with you some insights regarding Vincent Fyfe whom I have known for the better part of 3 decades.

When Mr. Fyfe first joined the Liquor Salesmen's Union, my dad was the union's secretary at the time and he was tasked with coaching and mentoring Mr. Fyfe. I observed how their relationship grew. From the very beginning, I was deeply touched by the respect, admiration and sincerity that Mr. Fyfe always showed to my father. They remained close friends many years after my father retired. Observing how the relationship grew clearly demonstrated to me that Mr. Fyfe was a caring, devoted and respectful individual.

As an industry labor union executive again, I observed many outstanding qualities in the way Vincent led his organization, interfaced with distributors and earned the respect of his people. Fairness, sincerity and empathy were key quality that were emblematic of his leadership style.
Vincent reached out to his members with regularity and compassion. The union members felt comfort in having a leader of his caliber.

Through yet a third lens, I worked alongside Mr. Fyfe as co-board members in the fund-raising efforts for the charity "A Chance in Life". The charity's mission is to help adolescents; many of whom have strayed off- track and are without home and shelter. Thankfully, through its fund-raising efforts, the organization is able provide food, shelter and education for many young people and point them in positive direction so that the balance of their lives can be enriched.

These adolescents have greatly benefited from the wonderful work of the charity. For almost 10 years, I watched as Mr. Fyfe worked tireless for this organization, turning over every possible rock to help raise money from our industry for this worthy cause. Mr. Fyfe's efforts were genuine and heartfelt. The charity benefited greatly from his involvement.

Similarly, Mr. Fyfe helped a charity know as Michael's Cause raise thousands of dollars for an unfortunate boy struck with Duchenne muscular dystrophy. Little was known about this disease when Mr. Fyfe launch his fund-raising efforts. Now, Michael Capolongo matures through his teenage years with the growing hope of life beyond tomorrow.

I sincerely hope that these insights are helpful to your complete understanding of the man who stands before you today. As a longtime friend of Mr. Fyfe, I respectfully and humbly partition you for leniency.

Sincerely,
*S. Bellini*
Stephen Bellini
6126 233 Street
Bayside, New York 11364



Founded in 1945 | achanceinlife.org

22 December 2020

Honorable Jed S. Rakoff
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Rakoff:

I have known Vincent Fyfe since 2015, when I was hired as the President and Executive Director of A Chance In Life, a non-profit organization serving at-risk children around the world. Vincent has been a member of the Board of Director of the same organization for almost ten years, until recently.

During the time I have known Vincent, he has been honest and trustworthy. He deeply cared about our cause and never missed a Board meeting. He was always willing to go beyond what was expected of him.

He was respectful towards other Board members and extremely caring with the staff of our organization. His participation in our Board meetings has been always productive and constructive, bringing innovative ideas to advance our mission.

Vincent has been crucial in helping our organization raise money through a benefit dinner, *The Wine and Spirits International Dinner*. Every year he led, with other Board members, the efforts of producing the event in support of the children we serve. He was enthusiastic, humble and honest. During the events, Vincent's overall friendly demeanor and positive attitude was contagious. He had an excellent rapport with everyone.

In conclusion, during our work together with A Chance In Life, Vincent has been always dependable, and always willing to step up and help others. I can personally attest to his good character and willingness to help young people at risk. Should you need any further information, please do not hesitate to contact me at 1-212-980-8770 or via email at gd@achanceinlife.org.

Best regards,

*Gabriele Delmonaco*

Gabriele Delmonaco
President/Executive Director

250 East 63rd Street, Suite 204 | New York, NY 10065 | Office: 212.980.8770 | Fax: 212.409.8740



December 22, 2020

To the Honorable Jed S. Rakoff:

Dear Sir:

I have known and worked with Vincent Fyfe for over 25 years. During that time, I have found Vincent to be an outstanding union leader. He always put his membership above all else while taking the time to fully understand the often-complex needs of our alcohol distribution business. His passion for his own job in representing his people never stopped him from caring for our company and our people. As the company grew, Vincent had an unusual way of mentoring and educating not only his management team but our management team as well, always to the benefit of each person. Vincent has earned my trust through transparency and integrity. Though his own people were his priority, he understood that we would not be a successful partnership unless everyone's needs were met.

Vincent's work did not stop at the Union steps. He was at every industry event supporting the industry with his time and influence, be it with Michael's Cause, AHRC, Boy Town of Italy, or the Jewish Defense League: those are just a few examples. Vincent was always there with his membership at his side.

I understand that Vincent will be leaving the union and seeking to offer his labor expertise to private businesses. I am writing to offer my heart-felt plea that you will allow him to continue to work in the labor field where he can continue to be a tremendous asset to many individuals and organizations alike. At present I hold various positions with a variety of organizations, and I hope to hire him to work for the next generation of leaders in my family business as well as other businesses with which I am associated. For this reason, I hope that you will allow him to do what he does best, for that will inure to the benefit of so many individuals and their families in the work force, today and in the future.

Thank you for your consideration of this matter.

Sincerely,

Charles Merinoff

Co-Chairman

212-699-7004



Cmerinoff@Breakthrubev.com

To the Honorable Jed S. Rakoff
Dear Sir,

I am writing to you today in support of Vincent Fyfe. My initial meeting with Vincent was in my role as President of the Charmer Sales Company (a privately owned distributor of wines and spirits in Metro New York) about 25 years ago when Vincent joined the staff of the Union representing our commissioned salespeople. As the company leader I met regularly with the Union management team over the many issues that were of mutual concern and interest. Although much of my interaction was done directly with the President of the Union, I realized very quickly, in the meetings that Vincent joined, that he was a valuable asset to the Union. He quickly learned every detail of our collective bargaining agreement, met and befriended on a professional level the membership and worked diligently to achieve a non adversarial relationship, in fact helpful and supportive relationship with Charmer's owners and managers. His value to both the Union and our company increased as he matured and assumed positions of greater responsibility. Working with Vincent was a pleasure, not an adjective often associated with a Union President by a company President managing a team who's members are in that Union! His members thrived under his leadership as he put their needs first and foremost.

Over the years at Charmer and later moving to the parent company, Breakthru Beverage Group, I developed a personal relationship with Vincent. It was always heart warming for me to see the special, loving, respectful relationship he has with his children, wife, parents, sister, brothers and more. There are few things more important to Vincent then his members and his friends, and that is his family and his faith. This was especially apparent through his recent serious health issues, as he was always confident that his faith & family would protect him and support him, and they did. Lastly, Vincent believes in giving back. He was always in attendance and supportive of every industry charity, never missed an industry event and started an industry event himself, Stand UP for a Cure for Michael's Cause, which through his tireless work quickly became a must attend and support event.

As Vincent moves forward from his position in the Union he is anxious to put his vast knowledge of labor and people to work within the wine and spirit industry and with private businesses. Your Honor, I am hopeful that you will be supportive of that opportunity. Vincent is the rare individual who understands both sides, Union and Ownership, and can help bridge any difference through thoughtful and mutually beneficial suggestions. I am confident that both sides will be benefitted greatly by his guidance.

Best regards,

Bruce Levine
Semi retired.
AAL Consulting
901 Brickell Key Boulevard
Miami, Florida. 33131



*Working Intensely to Save and Heal*

michael's cause
*fighting Duchenne Muscular Dystrophy*

PO BOX 120323
Staten Island, NY 10312
www.michaelscause.org
michaelscause@gmail.com
Office Phone 646-258-6152

December 23, 2020

To the Honorable Jed S Rakoff:

In 2010, at the age of 4, Michael Capolongo was diagnosed with Duchenne Muscular Dystrophy, a disease that affects every muscle in the body and eventually the heart. A few months after Michael's diagnosis, the non-profit organization, Michael's Cause was founded to raise awareness about this fatal disease and direct funding towards the best medical and scientific research to find better treatments and eventually a cure.

Mr. Vincent Fyfe learning of our mission decided he wanted to assist Michael's Cause and quickly gained the respect and gratitude of the organization through his actions and commitment to our charity's goals. Mr. Fyfe served as a board of ambassador since 2015 and has been instrumental enabling us to succeed during that time frame. In 2013, Vincent Fyfe led the UFCW's annual golf event in which the proceeds of that outing as well as future golf outings, were directed to Michael's Cause. His selflessness, loyalty and dedication to this annual event and our foundation has helped Michael's Cause to continue on with our mission. The events he led through his union, have helped to raise awareness as well as potential lifesaving funding for boys and young men afflicted with Duchenne Muscular Dystrophy. Not only has Mr. Fyfe provided an excellent level of support for Michael's Cause, but he has also had a critical impact in Michael's fight with this disease as well as the entire community of those affected through his genuine approach and tenacity.

During Mr. Fyfe's tenure his leadership, passion, dedication, and kindness for Michael were prominent in his work with the organization. Both Michael and the entire organization were truly moved by his actions and generosity.

I personally thank you for your time and for reading about Mr. Fyfe's impact on our organization.

Best Regards

*[signature]*

Joe Orrico

Vice President – Michael's Cause

Michael's Cause 501(c)(3) Public Charity EIN# 45-2808761